U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Oct 11 2025

CAROL L. MICHEL
CLERK

cf                    Mail

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAIUJUAN BURCHES,** | Civil Action No. 2:25-cv-00804 |
| **Plaintiff,** | |
| v. | JUDGE SUSIE MORGAN |
| TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP., CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION ( "CAPITAL ONE N.A."), AFFIRM, INC., BLST RECEIVABLES & SERVICING LLC D/B/A FINGERHUT, WEBBANK, JEFFERSON CAPITAL SYSTEMS, LLC, COMENITY BANK, WAYFAIR LLC, DISCOVER FINANCE SERVICES, TXU ENERGY RETAIL COMPANY, LLC, CENTERPOINT ENERGY, INC., GROW CREDIT, INC., and USA FINANCE, | MAGISTRATE JUDGE: |
| **Defendants.** | |

## PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Plaintiff Taiujuan Burches submits this Statement of Undisputed Material Facts in support of his Partial Motion for Summary Judgment (R. Doc. 172). Each material fact is supported by a specific citation to the record.

1

1. Plaintiff Taiujuan Burches is an individual consumer residing at 42520 Richard Rd, Ponchatoula, Louisiana. *See R. Doc. 1, 1.*

2. Defendants Trans Union LLC, Experian Information Solutions, Inc., and others are "consumer reporting agencies" as defined under 15 U.S.C. § 1681a(f). (See R. Doc. 1 2–5; R. Doc. 32 (Answers 1).)

3. On or about May 2024, Plaintiff discovered inaccurate tradelines and false derogatory accounts appearing on his TransUnion and Experian consumer reports, including accounts from LVNV Funding, Resurgent Capital Services, CenterPoint Energy, Affirm, Fingerhut, and others. (See R. Doc. 172-3, Ex. A at 2–6.)

4. Plaintiff submitted formal written disputes to each Consumer Reporting Agency identifying the specific inaccuracies and requesting reinvestigation under 15 U.S.C. § 1681i. (See R. Doc. 172-3, Ex. B at 3–7.)

5. Despite receiving Plaintiff's disputes, TransUnion and Experian verified the inaccurate data as "accurate" without providing documentation or evidence of ownership or assignment of the alleged debts. (See R. Doc. 172-3, Ex. C at 2–4.)

6. The disputed accounts remain on Plaintiff's credit reports to date, even after multiple reinvestigation requests and submission of supporting evidence. (See R. Doc. 172-3, Ex. D at 1–3.)

7. Plaintiff has never entered into a contract or account relationship with LVNV Funding,

2

Resurgent Capital Services, or certain other furnishers appearing on his credit file. (See R. Doc. 172-3, Ex. E (Affidavit of Plaintiff) at 1–2.)

8. The inaccurate tradelines have caused Plaintiff repeated credit denials, higher interest rates, loss of business funding, and reputational harm. (See R. Doc. 172-3, Ex. H at 2–3.)

9. Defendants failed to conduct reasonable reinvestigations and continued publishing inaccurate information after notice, violating 15 U.S.C. §§ 1681e(b) and 1681i. (See R. Doc. 172-3, Exs. D–G at 1–3.)

10. The factual issues supporting liability under the FCRA are undisputed; only the extent of damages remains for jury determination. (Supported by R. Doc. 172-3, Ex. H at 1–2.)

Respectfully submitted,

/s/ Taiujuan Burches

Taiujuan Burches (Pro Se)

42520 Richard Rd

Ponchatoula, La 70454

Phone: 832-946-1754

Email: Taiujuan87@gmail.com

3

CERTIFICATE OF SERVICE

I certify that on the date above, a copy of the foregoing Notice of Submission was filed via CM/ECF, which will send notice to all counsel of record.

/s/ Taiujuan Burches

Pro Se Plaintiff

4