U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Nov 7 2025

CAROL L. MICHEL
CLERK

cf

EDSS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAIUJUAN BURCHES,** | Civil Action No. 2:25-cv-00804 |
| **Plaintiff,** | |
| v. | JUDGE SUSIE MORGAN |
| TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP., CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION ( "CAPITAL ONE N.A."), AFFIRM, INC., BLST RECEIVABLES & SERVICING LLC D/B/A FINGERHUT, WEBBANK, JEFFERSON CAPITAL SYSTEMS, LLC, COMENITY BANK, WAYFAIR LLC, DISCOVER FINANCE SERVICES, TXU ENERGY RETAIL COMPANY, LLC, CENTERPOINT ENERGY, INC., GROW CREDIT, INC., and USA FINANCE, | MAGISTRATE JUDGE: |
| **Defendants.** | |

**CLERK'S ENTRY OF DEFAULT**

Upon Plaintiff's request and good cause appearing, DEFAULT is entered against TXU Energy Retail Company LLC and CenterPoint Energy under Fed. R. Civ. P. 55(a) for failure to plead or otherwise defend.

Dated: _____, 2025

Clerk of Court

Eastern District of Louisiana

1