Case 2:25-cv-00804-SM-MBN   Document 210-1   Filed 11/07/25   Page 1 of 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Nov 7 2025

CAROL L. MICHEL
CLERK

cf                    EDSS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAIUJUAN BURCHES,** | Civil Action No. 2:25-cv-00804 |
| **Plaintiff,** | |
| v. | JUDGE SUSIE MORGAN |
| TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP., CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION ( "CAPITAL ONE N.A."), AFFIRM, INC., BLST RECEIVABLES & SERVICING LLC D/B/A FINGERHUT, WEBBANK, JEFFERSON CAPITAL SYSTEMS, LLC, COMENITY BANK, WAYFAIR LLC, DISCOVER FINANCE SERVICES, TXU ENERGY RETAIL COMPANY, LLC, CENTERPOINT ENERGY, INC., GROW CREDIT, INC., and USA FINANCE, | MAGISTRATE JUDGE: |
| **Defendants.** | |

# PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT

### 'Against TXU Energy Retail Company LLC and CenterPoint Energy'

Plaintiff Taiujuan Burches respectfully requests that the Clerk enter Default against TXU Energy Retail Company LLC and CenterPoint Energy under Fed. R. Civ. P. 55(a). As shown in the attached Proofs of Service and Exhibits, each entity was duly served with the Summons and

1

Second Amended Complaint, yet failed to plead or otherwise defend within 21 days after service.

Attachments:

• Proof of Service – TXU (registered agent) with Exhibits A-1/A-2

• Proof of Service – TXU (6555 Sierra Dr.) with Exhibits B-1/B-2

• Proof of Service – TXU (200 W John Carpenter) with Exhibits C-1/C-2

• Proof of Service – CenterPoint with Exhibits D-1/D-2

• Proposed Clerk's "Entry of Default"

Date: 11/7/25

/s/ Taiujuan Burches

Taiujuan Burches (Pro Se)

42520 Richard Rd

Ponchatoula, La 70454

Phone: 832-946-1754

Email: Taiujuan87@gmail.com

2

## CERTIFICATE OF SERVICE

I certify that on the date above, a copy of the foregoing Notice of Submission was filed via CM/ECF, which will send notice to all counsel of record.