**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAIUJUAN BURCHES,** | **Civil Action No. 2:25-cv-00804** |
| **Plaintiff,** | |
| **v.** | **JUDGE SUSIE MORGAN** |
| **TRANS UNION  LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP., CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION ( "CAPITAL ONE N.A."), AFFIRM, INC., BLST RECEIVABLES & SERVICING LLC D/B/A FINGERHUT, WEBBANK, JEFFERSON CAPITAL SYSTEMS, LLC, COMENITY BANK, WAYFAIR LLC,  DISCOVER FINANCE SERVICES, TXU ENERGY RETAIL COMPANY, LLC, CENTERPOINT ENERGY, INC., GROW CREDIT, INC., and USA FINANCE,** | **MAGISTRATE JUDGE:** |
| **Defendants.** | |

# PROOF OF SERVICE (FRCP 4(l))

I, Taiujuan Burches, declare:

1. On February 15, 2025, I served the Summons and Second Amended Complaint on TXU Energy by Certified Mail/Return Receipt to 6555 Sierra Dr., Irving, TX 75039 (Collections).

1

2.  USPS article no.: 9589 0710 5270 0308 4653 17.

3.  Delivery completed; green card shows signature dated February 18, 2025.

4.  Exhibits B-1 (receipt) and B-2 (signed green card).

Executed as above.

Date:11/7/25

.

Respectfully submitted,

/s/ Taiujuan Burches

Taiujuan Burches (Pro Se)

42520 Richard Rd

Ponchatoula, La 70454

Phone: 832-946-1754

Email: Taiujuan87@gmail.com

CERTIFICATE OF SERVICE

I certify that on the date above, a copy of the foregoing Notice of Submission was filed via CM/ECF, which will send notice to all counsel of record.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAIUJUAN BURCHES,** | Civil Action No. 2:25-cv-00804 |
| **Plaintiff,** | |
| **v.** | **JUDGE SUSIE MORGAN** |
| **TRANS UNION  LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP., CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION ( "CAPITAL ONE N.A."), AFFIRM, INC., BLST RECEIVABLES & SERVICING LLC D/B/A FINGERHUT, WEBBANK, JEFFERSON CAPITAL SYSTEMS, LLC, COMENITY BANK, WAYFAIR LLC,  DISCOVER FINANCE SERVICES, TXU ENERGY RETAIL COMPANY, LLC, CENTERPOINT ENERGY, INC., GROW CREDIT, INC., and USA FINANCE,** | **MAGISTRATE JUDGE:** |
| **Defendants.** | |

## PROOF OF SERVICE (FRCP 4(l))

I, Taiujuan Burches, declare:

1.  On September 9, 2025, I served the Summons and Second Amended Complaint on TXU

    Energy Retail Company LLC by Certified Mail with Return Receipt (PS Form 3811)

    addressed to its registered agent CT Corporation System, 1999 Bryan Street, Suite 900,

1

Dallas, TX 75201.

2. USPS tracking/article no.: 9589 0710 5270 3229 0985 27.

3. Delivery was completed and the green card was signed "George Martinez" on September 12, 2025.

4. True and correct copies of the certified mail receipt and the signed green card are attached as Exhibit A-1 (receipt) and Exhibit A-2 (green card).

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/7/25

Respectfully submitted,

/s/ Taiujuan Burches

Taiujuan Burches (Pro Se)

42520 Richard Rd

Ponchatoula, La 70454

Phone: 832-946-1754

Email: Taiujuan87@gmail.com

2

## CERTIFICATE OF SERVICE

I certify that on the date above, a copy of the foregoing Notice of Submission was filed via CM/ECF, which will send notice to all counsel of record.

3

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| TAIUJUAN BURCHES, | Civil Action No. 2:25-cv-00804 |
| **Plaintiff,** | |
| v. | **JUDGE SUSIE MORGAN** |
| TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP., CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION ( "CAPITAL ONE N.A."), AFFIRM, INC., BLST RECEIVABLES & SERVICING LLC D/B/A FINGERHUT, WEBBANK, JEFFERSON CAPITAL SYSTEMS, LLC, COMENITY BANK, WAYFAIR LLC, DISCOVER FINANCE SERVICES, TXU ENERGY RETAIL COMPANY, LLC, CENTERPOINT ENERGY, INC., GROW CREDIT, INC., and USA FINANCE, | **MAGISTRATE JUDGE:** |
| **Defendants.** | |

# PROOF OF SERVICE (FRCP 4(l))

I, Taiujuan Burches, declare:

1. On March 7, 2025, I served the Summons and Second Amended Complaint on TXU Energy by Certified Mail/Return Receipt to 200 W. John Carpenter Fwy, Irving, TX 75039.

1

2.  USPS article no.: 7021 0F40 0000 8301 9733.

3.  Delivery completed; green card signed and dated March 11, 2025.

4.  Exhibits C-1 (receipt) and C-2 (signed green card).

Executed as above.

Date: 11/7/25

Respectfully submitted,

/s/ Taiujuan Burches

Taiujuan Burches (Pro Se)

42520 Richard Rd

Ponchatoula, La 70454

Phone: 832-946-1754

Email: Taiujuan87@gmail.com

CERTIFICATE OF SERVICE

I certify that on the date above, a copy of the foregoing Notice of Submission was filed via CM/ECF, which will send notice to all counsel of record.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAIUJUAN BURCHES,** | **Civil Action No. 2:25-cv-00804** |
| **Plaintiff,** | |
| **v.** | **JUDGE SUSIE MORGAN** |
| **TRANS UNION  LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP., CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION ( "CAPITAL ONE N.A."), AFFIRM, INC., BLST RECEIVABLES & SERVICING LLC D/B/A FINGERHUT, WEBBANK, JEFFERSON CAPITAL SYSTEMS, LLC, COMENITY BANK, WAYFAIR LLC,  DISCOVER FINANCE SERVICES, TXU ENERGY RETAIL COMPANY, LLC, CENTERPOINT ENERGY, INC., GROW CREDIT, INC., and USA FINANCE,** | **MAGISTRATE JUDGE:** |
| **Defendants.** | |

# PROOF OF SERVICE (FRCP 4(l))

I, Taiujuan Burches, declare:

1.  On September 9, 2025, I served the Summons and Second Amended Complaint on
    CenterPoint Energy by Certified Mail/Return Receipt to P.O. Box 1700, Houston, TX
    77251-1700 (Credit & Collections).

2.  USPS article no.:

3.  Delivery completed; green card shows signature dated

4.  Exhibits D-1 (receipt) and D-2 (signed green card).


Executed as above.


Date:11/7/25


Respectfully submitted,

/s/ Taiujuan Burches

Taiujuan Burches (Pro Se)

42520 Richard Rd

Ponchatoula, La 70454

Phone: 832-946-1754

Email: Taiujuan87@gmail.com

2

CERTIFICATE OF SERVICE

I certify that on the date above, a copy of the foregoing Notice of Submission was filed via CM/ECF, which will send notice to all counsel of record.