## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**Sent To:** Dallas, TX 75201

Certified Mail Fee: $5.30

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ $1.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage: $3.00

Total Postage and Fees: $12.70

**Sent To:** TXU Energy

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 3229 0985 27

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Dallas, TX 7520[?]

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $3.00 |
| Total Postage and Fees | $12.70 |

Postmark Here — Chantilly, VA 0161 46 — SEP 2025 — 20151 — 09/09/30

Sent To *Center Point Energy*
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 3259 0985 03

**Receipt 1 (left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
TXU Energy
6555 Sierra Dr.
Irving, TX 75039

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name): [illegible]
C. Date of Delivery: 2/18/25

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
- Adult Signature
- Adult Signature Restricted Delivery
- Certified Mail®
- Certified Mail Restricted Delivery
- Collect on Delivery
- Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery

2. Article Number (Transfer from service label)
9589 0710 5270 0308 4653 17

9590 9402 6701 1060 8094 44

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Receipt 2 (right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
TXU Energy Retail Company LLC
CT Corporation System
1999 Bryan St.
STE 900
Dallas, TX 75201

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): George Martinez
C. Date of Delivery: SEP 12 2025

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
- Adult Signature
- Adult Signature Restricted Delivery
- Certified Mail®
- Certified Mail Restricted Delivery
- Collect on Delivery
- Collect on Delivery Restricted Delivery
- Mail
- Mail Restricted Delivery

2. Article Number (Transfer from service label)
9589 0710 5270 3229 0985 27

9590 9402 6640 1060 4709 89

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**Receipt 1:**
- Signature date: 2/18/25
- Addressed to: TXU Energy, 6555 Sierra Dr., Irving, TX 75039
- Article Number: 9589 0710 5270 0308 4653 27
- Barcode: 9590 9402 6701 1060 8094 44

**Receipt 2:**
- Received by: George Martinez
- Date of Delivery: SEP 12 2025
- Addressed to: TXU Energy Retail Company LLC, CT Corporation System, 1999 Bryan St., STE 900, Dallas, TX 75201
- Article Number: 9589 0710 5270 3229 0985 27
- Barcode: 9590 9402 6640 1060 4709 89

**Receipt 3:**
- Received by: (signature)
- Date of Delivery: 3/11/25
- Addressed to: TXU Energy, 200 W. John Carpenter Fwy, Irving, TX 75039
- Article Number: 7019 0140 0000 8361 9735
- Barcode: 9590 9402 6640 1060 4722 59