**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, November 7, 2025 9:50 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Default_Judgment_Package_With_Notice_EDLA_2_25_cv_00804.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, November 7, 2025 - 09:49.

The information for this submission is:

**Filer's Name:** TAIUJUAN BURCHES

**Filer's Email:** taiujuan87@gmail.com

**Filer's Mailing Address:** 42520 Richard Rd, Ponchatoula, La , 70454

**Filer's Phone Number:** 8329461754

**Filer's Case Number (If Known):** 25-804

**Filer's Case Name (If Known):** Burches v. Equifax Information Services, LLC et al

**Submitted Document Description:** Motion for Default Judgment Against TXU Energy Retail Company LLC and CenterPoint Energy with Supporting Memorandum, Declaration

**eFile-ProSe**

| | |
|---|---|
| **From:** | Do Not Reply <do_not_reply@laed.uscourts.gov> |
| **Sent:** | Friday, November 7, 2025 9:58 AM |
| **To:** | eFile-ProSe |
| **Subject:** | New EDSS Filing Submitted |
| **Attachments:** | Exhibits_A-D_Proof_of_Service_TXU_CenterPoint.pdf |

Greetings Pro Se Desk,

A new EDSS filing has been submitted through the portal. The filing was submitted on Friday, November 7, 2025 - 09:58.

The information for this submission is:

**Filer's Name:** TAIUJUAN BURCHES

**Filer's Email:** taiujuan87@gmail.com

**Filer's Mailing Address:** 42520 Richard Rd, Ponchatoula, La , 70454

**Filer's Phone Number:** 8329461754

**Filer's Case Number (If Known):** 25-804

**Filer's Case Name (If Known):** Burches v. Equifax Information Services, LLC et al

**Submitted Document Description:** Exhibits A–D – Certified Mail Receipts and Signed Green Cards (Proof of Service re: TXU Energy & CenterPoint Energy)