**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAIUJUAN BURCHES,** | **CIVIL ACTION** |
| **Plaintiff** | |
| | |
| **VERSUS** | **NO. 25-804** |
| | |
| **EQUIFAX INFORMATION** | **SECTION: "E" (5)** |
| **SERVICES, LLC, ET AL.,** | |
| **Defendants** | |

## ORDER

Before the Court is Defendant Trans Union LLC's ("Trans Union") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5).[1]

On November 12, 2025, the Court granted Plaintiff leave to amend his complaint and stated that, once Plaintiff's third amended complaint was filed on the record, Trans Union's motion to dismiss would be denied without prejudice.[2] Plaintiff has since provided the proposed pleading, and the third amended complaint was filed on the record on November 15, 2025.[3]

Accordingly,

**IT IS ORDERED** that Trans Union's motion to dismiss[4] is **DENIED WITHOUT PREJUDICE**.

**New Orleans, Louisiana, this 18th day of November, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 163.
[2] R. Doc. 218.
[3] R. Doc. 221.
[4] R. Doc. 163.