U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Dec 11 2025

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAIUJUAN BURCHES,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP., CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION ( "CAPITAL ONE N.A."), AFFIRM, INC., BLST RECEIVABLES & SERVICING LLC D/B/A FINGERHUT, WEBBANK, JEFFERSON CAPITAL SYSTEMS, LLC, COMENITY BANK, WAYFAIR LLC, DISCOVER BANK, TXU ENERGY RETAIL COMPANY, LLC, CENTERPOINT ENERGY, INC.<br><br>Defendants. | Civil Action No. 2:25-cv-00804<br><br><br>JUDGE SUSIE MORGAN<br><br><br>MAGISTRATE JUDGE:<br>MICHAEL NORTH |

## NOTICE OF FILING OF PROOF OF SERVICE

Plaintiff, **Taiujuan Burches**, hereby gives notice of filing the attached **Proof of Service** for Defendant:

• **TXU Energy Retail Company LLC**

**Service Date:** December 12, 2025

1

**Served Upon:** Recieved by Gilba Villalabas , Authorized Employee of **TXU Energy Retail Company LLC** at 6555 Sierra Dr., Irving, TX 75039 by USPS ,USPS Certified Mail / Return Receipt (signed card attached) for TXU Energy Retail Company LLC

**Process Server:** Arieon Tillman

Respectfully submitted,

/s/ Taiujuan Burches

Taiujuan Burches (Pro Se)

42520 Richard Rd

Ponchatoula, La 70454

Phone: 832-946-1754

Email: Taiujuan87@gmail.com

CERTIFICATE OF SERVICE

I certify that on the date above, a copy of the foregoing **Notice of Filing of Proof of Service** and attached Proof of Service for **TXU Energy Retail Company LLC** via CM/ECF, which will send notice to all counsel of record.

/s/ Taiujuan Burches

Pro Se Plaintiff

3

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __TXU Energy Retail Company LLC__

was received by me on *(date)* __11/25/2025__ .

☑ I personally served the summons on the individual at *(place)* __TXU Energy Retail Company LLC, via Certified Mail , 6555 Sierra Dr., Irving, TX 7503__ on *(date)* __12-08-25__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
USPS Certified Mail / Return Receipt (signed card attached)

My fees are $ __$0__ for travel and $ __$0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12-08-25__

_____
Server's signature

__ARIEON TILLMAN__
Printed name and title

__4624 MAGGIE ST , UNIT B, HOUSTON , TX 77051__
Server's address

Additional information regarding attempted service, etc:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery 12-8-25

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TXU Energy / Attn: Legal
   6555 Sierra Dr.
   Irving, TX 75039

   9590 9402 9834 5266 6250 73

2. Article Number *(Transfer from service label)*

   9589 0710 5270 3290 1533 09

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*
   C. Date of Delivery: 12-8-25

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt