U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Jan 6 2026

CAROL L. MICHEL
CLERK

cf                                    EDSS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAIUJUAN BURCHES,** | Civil Action No. 2:25-cv-00804 |
| **Plaintiff,** | |
| v. | JUDGE SUSIE MORGAN |
| TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP., CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION ( "CAPITAL ONE N.A."), AFFIRM, INC., BLST RECEIVABLES & SERVICING LLC D/B/A FINGERHUT, WEBBANK, JEFFERSON CAPITAL SYSTEMS, LLC, COMENITY BANK, WAYFAIR LLC, DISCOVER FINANCE SERVICES, TXU ENERGY RETAIL COMPANY, LLC, CENTERPOINT ENERGY, INC., GROW CREDIT, INC., and USA FINANCE, | MAGISTRATE JUDGE: |
| **Defendants.** | |

# REQUEST FOR ENTRY OF DEFAULT
### (Fed. R. Civ. P. 55(a))

Plaintiff, Taiujuan Burches, appearing pro se, respectfully requests that the Clerk of Court enter

default against Defendant TXU Energy Retail Company LLC, pursuant to Federal Rule of Civil

1

Procedure 55(a), for failure to plead or otherwise defend this action.

## I. PROCEDURAL BACKGROUND

1. Plaintiff initiated this civil action asserting claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., and related causes of action.

2. Defendant TXU Energy Retail Company LLC was properly served with the Summons and Complaint on December 12, 2025, via USPS Certified Mail / Return Receipt, delivered to an authorized employee at TXU's business address, as reflected in the filed Notice of Filing of Proof of Service (ECF No. 238).

    Burches_v_Equifax_Information_S…

3. Service was completed in compliance with Federal Rule of Civil Procedure 4(h).

4. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant was required to file an Answer or other responsive pleading within twenty-one (21) days of service, making the response deadline January 2, 2026.

5. As of the date of this filing:

    -Defendant has not filed an Answer

    -Defendant has not filed a Rule 12 motion

    -Defendant has not entered an appearance

6. Defendant TXU Energy Retail Company LLC has therefore failed to plead or otherwise defend this action.

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 55(a) provides that when a party against whom affirmative relief is sought fails to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the Clerk must enter the party's default.

2

III. REQUESTED RELIEF

Plaintiff respectfully requests that the Clerk of Court enter default against Defendant TXU Energy Retail Company LLC, pursuant to Fed. R. Civ. P. 55(a).

Plaintiff further states that, following entry of default, he intends to seek default judgment under Rule 55(b).

IV. CONCLUSION

Defendant TXU Energy Retail Company LLC was properly served, failed to respond within the time required by law, and remains in default. Entry of default is therefore appropriate and warranted.

Respectfully submitted,

Taiujuan Burches (Pro Se)

42520 Richard Rd

Ponchatoula, La 70454

Phone: 832-946-1754

Email: Taiujuan87@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this date, a copy of the foregoing Request for Entry of Default was filed electronically through the CM/ECF system, which will send notice to all parties and counsel of record.

/s/ Taiujuan Burches

Pro Se Plaintiff

CERTIFICATE OF SERVICE

I certify that on the date above, a copy of the foregoing Notice of Submission was filed via CM/ECF, which will send notice to all counsel of record.

4

/s/ Tarujuan Burches

Pro Se Plaintiff