**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAIUJUAN BURCHES,** | **CIVIL ACTION** |
| **Plaintiff** | |
| **VERSUS** | **NO.  25-804** |
| **EQUIFAX INFORMATION** | **SECTION: "E" (5)** |
| **SERVICES, LLC, ET AL.,** | |
| **Defendants** | |

**ORDER**

Before the Court is Defendant CenterPoint Energy, Inc.'s ("CenterPoint") Motion to Dismiss for Insufficiency of Service of Process pursuant to Federal Rule of Civil Procedure 12(b)(4) and 12(b)(5).[1]

At a Zoom status conference held on January 28, 2026, Plaintiff requested leave to effectuate service on CenterPoint in response to the Motion.[2] The Court granted Plaintiff leave to do so and informed CenterPoint that, "if Plaintiff timely files proof of proper service, its Motion to Dismiss for Insufficiency of Service of Process will be denied as moot."[3] Plaintiff has since filed proof of service of process and counsel for CenterPoint confirmed it has been properly served.[4]

Accordingly,

---

[1] R. Doc. 273.
[2] R. Doc. 274 at p. 3.
[3] *Id.*
[4] R. Doc. 281; R. Doc. 282.

2

**IT IS ORDERED** that CenterPoint's Motion to Dismiss[5] is **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of February, 2026.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[5] R. Doc. 273.