MINUTE ENTRY
MORGAN, J.
March 2, 2026

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAIJUAN BURCHES,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-804** |
| **EQUIFAX INFORMATION SERVICES, LLC, ET AL.,**<br>    Defendants | **SECTION: "E" (5)** |

### MINUTE ENTRY

A video status conference was held on the record on March 2, 2026, at 12:00 p.m., in the chambers of Judge Susie Morgan.

Present:    Taiujuan Burches, Pro Se Plaintiff;

Peyton Lambert, counsel for Defendant, Experian Information Solutions, Inc.;

Christopher Meyer, counsel for Defendants, Wayfair, LLC, Discover Bank, Capital One, N.A., and Comenity Bank;

Spencer Schulz, counsel for Defendants, LVNV Funding, LLC and Resurgent Capital Services, L.P.;

Scott Mason, counsel for Defendant, CenterPoint Energy, Inc.;

Mark Deethardt, counsel for Defendant, Affirm, Inc.;

Mitchell Fillinger, counsel for Defendants, BLST Receivables & Servicing, LLC and WebBank;

Blake Oakes, counsel for Defendant TXU Energy Retail Company LLC; and

Matthew McClure, counsel for Defendant, Trans Union, LLC.

1

The Court and parties discussed the status of the case. The Court set an in-person hearing and a trial for **May 11, 2026, at 9:00 a.m.**

The in-person hearing will address a rule to show cause why Plaintiff should not be sanctioned.

The trial will proceed pursuant to 9 U.S.C. § 4 to determine whether a valid arbitration agreement exists between Plaintiff and Comenity Bank. Plaintiff and Comenity Bank must exchange by email any exhibits they intend to use at the 9 U.S.C. § 4 trial by Monday, May 4, 2026, at 5:00 p.m.

Separate orders will be issued regarding the hearing and the trial. Mr. Meyer and Mr. Burches are required to appear in person. Counsel for the other parties may attend, if they wish.

The Court lifted the stay on discovery.

The Court also set a trial date of **November 2, 2026, at 9:00 a.m.** and a pretrial conference date of **October 19, 2026, at 8:00 a.m.** A separate scheduling order will be issued by the Court.

**New Orleans, Louisiana, this 2nd day of March, 2026.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**SUSIE MORGAN**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**Clerk to Provide Copy by Mail and Email to:**

**Taiujuan Burches**
42520 Richard Road
Ponchatoula, LA 70454
taiujuan87@gmail.com

JS10 (0:23)