UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAIUJUAN BURCHES,**<br>　　　**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-804** |
| **EQUIFAX INFORMATION<br>SERVICES, LLC, ET AL.,**<br>　　　**Defendants** | **SECTION: "E" (5)** |

# ORDER

**IT IS ORDERED** that Plaintiff Taiujuan Burches appear on **Monday, May 11, 2026, at 9:00 a.m.**, and show cause as to why he should not be sanctioned for his failure to comply with Federal Rule of Civil Procedure 11(b)(2) by signing and filing a memorandum in opposition to a motion to compel without verifying the accuracy of a quotation and a holding contained therein.[1]

Plaintiff should be prepared to discuss the citations in his opposition to the motion to compel.[2] Specifically, the Court requests clarification on the source of Plaintiff's quoted language from the Fifth Circuit in *Will-Drill Resources, Inc. v. Samson Resources Co.*:[3] "[a] party cannot be required to submit to arbitration any dispute which he has not agreed so to submit."[4] Additionally, the Court requests clarification on the source of what Plaintiff purports to be the holding of *Hays v. HCA Holdings, Inc.*:[5] "holding that the party moving to compel arbitration must establish the existence of a valid arbitration agreement."[6]

---

[1] R. Doc. 271.
[2] *Id.*
[3] 353 F.3d 211 (5th Cir. 2003).
[4] R. Doc. 271 at p. 4 (quoting 353 F.3d 211, 214 (5th Cir.2003)).
[5] 838 F.3d 605 (5th Cir. 2016).
[6] R. Doc. 271 at pp. 4-5 (citing 838 F.3d 605 (5th Cir. 2016)).

1

2

**New Orleans, Louisiana, this 2nd day of March, 2026.**

_____*Susie Morgan*_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

**Clerk to Provide Copy by Mail and Email to:**

**Taiujuan Burches**
42520 Richard Road
Ponchatoula, LA 70454
taiujuan87@gmail.com

2