**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TAIUJUAN BURCHES** | * | **CIVIL ACTION: 2:25-cv-00804** |
| | * | |
| | * | |
| *Plaintiff* | * | **JUDGE: SUSIE MORGAN** |
| | * | |
| **VERSUS** | * | |
| | * | **MAGISTRATE: MICHAEL NORTH** |
| **EQUIFAX INFORMATION SERVICES** | * | |
| **LLC, EXPERIAN FORMATION** | * | |
| **SOLUTIONS, INC., WAYFAIR,** | * | |
| **FINGERHUT, DISCOVER FINANCE** | * | |
| **SERVICES, CENTERPOINT ENERGY** | * | |
| **INC., TIMEPAYMENT CORP.,** | * | |
| **TRANSUNION LLC, AFFIRM, INC.,** | * | |
| **AND BLST RECEIVABLES &** | * | |
| **SERVICING, LLC** | * | |
| | * | |
| | * | |
| *Defendants.* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT MOTION TO DISMISS DEFENDANT AFFIRM, INC. WITH PREJUDICE

Plaintiff, Taiujuan Burches, and Defendant, Affirm, Inc. ("Affirm"), jointly represent to the Court that Plaintiff and Affirm have reached a full and final compromise and settlement of all claims pending between Plaintiff and Affirm in this action. Plaintiff and Affirm, therefore, jointly stipulate to the dismissal, with prejudice, of this action as to Affirm and with each party to bear its own costs and attorney's fees.

WHEREFORE, Plaintiff and Affirm respectfully request that the Court dismiss, with prejudice and with each party to bear its own costs and attorney's fees, all claims asserted by Plaintiff against Affirm in the above-captioned matter and further dismiss Affirm from this action with prejudice.

1097300\328454414.v1

Date: March 6, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Taiujuan Burches* | */s/ Mark R. Deethardt* |
| Taiujuan Burches | Mark R. Deethardt (#34511) |
| 452520 Richard Rd | **HINSHAW & CULBERTSON LLP** |
| Ponchatoula, LA | 400 Poydras Street, Ste. 3150 |
| Phone: 832-946-1754 | New Orleans, Louisiana 70130 |
| Taiujuan87@gmail.com | Telephone: (504) 438-1567 |
| *Plaintiff* | mdeethardt@hinshawlaw.com |
| | ***Attorney for Defendant Affirm, Inc.*** |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 6th, 2026, a copy of the Joint Motion to Dismiss With Prejudice and proposed order were served upon all counsel of record via the CM/ECF, which will send a notice of electronic filing to all counsel of record, and on all unrepresented parties by email and/or U.S. Mail.

*/s/ Mark R. Deethardt*
Mark R. Deethardt

2