**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS**

| | | |
|---|---|---|
| **TAIUJUAN BURCHES,** | ) | |
| | ) | **CASE NO. 2:25-CV-00804-SM-MBN** |
| **Plaintiff,** | ) | |
| | ) | **DISTRICT JUDGE SUSIE MORGAN** |
| **v.** | ) | |
| | ) | **MAGISTRATE JUDGE MICHAEL B.** |
| **EQUIFAX INFORMATION SERVICES, LLC et al.,** | ) | **NORTH** |
| | ) | |
| | ) | **SECTION: "E" (5)** |
| **Defendants.** | ) | |

**MOTION TO APPEAR PRO HAC VICE OF KRISTEN P. WATSON**

Pursuant to Local Rule 83.2.5, Capital One, N.A. ("Capital One") and Capital One, N.A., successor by merger to Discover Bank ("Discover") (collectively, "Defendants"), by and through counsel, respectfully moves for the admission *pro hac vice* of Kristen P. Watson ("Ms. Watson") of the law firm of Burr & Forman LLP, for the purpose of representing Defendants in this case, and in support hereof, state as follows:

1. Ms. Watson is an attorney with the law firm of Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203. Her telephone number is (205) 251-3000. Her e-mail address is kwatson@burr.com.

2. Ms. Watson is familiar with the Local Rules of the United States District Court for the Eastern District of Louisiana and has familiarized herself with the Code of Professional Conduct and other ethical rules governing the Bar of the State of Louisiana.

3. Ms. Watson is a member in good standing of the bar of the State of Alabama. Attached hereto as **Exhibit A** is an Application and Affidavit of Kristen P. Watson in Support of Motion for Admission *Pro Hac Vice*. Attached hereto as **Exhibit B** is the Certificate of Good Standing for Ms. Watson issued by the Supreme Court for the State of Alabama.

4. The attorney registration form for the court's Electronic Filing System (CM/ECF) for the Eastern District of Louisiana is attached hereto as **Exhibit C**.

5. Payment of the applicable fee is made via the court's CM/ECF system using Pay.gov.

6. For the purpose of this representation of the Defendants, Ms. Watson will be associated with the undersigned counsel as co-counsel for the Defendant. Timothy A. Heisterhagen certifies that he is a member in good standing of the Louisiana Bar and the United States District Court for the Eastern District of Louisiana. Mr. Heisterhagen is in good standing before this Court and maintains his principal law office in Mobile, Alabama.

WHEREFORE, Defendants respectfully requests this Court to admit Kristen P. Watson to practice before this Court *pro hac vice,* as attorney at law in good standing for the purposes of this case and that she be granted all rights and privileges for the purpose of this case as if he were duly licensed to practice before this Court.

Respectfully submitted this 15th day of October, 2026.

*/s/ Timothy A. Heisterhagen*
Timothy A. Heisterhagen (LA Bar #35818)
*Attorney for Defendant Capital One, N.A., successor by merger to Discover Bank*

**OF COUNSEL:**
BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, AL 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
theisterhagen@burr.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing has been served the following on all counsel of record via the Court's Electronic Filing System, and on Plaintiff via electronic mail as follows on the 15th day of October, 2026:

Taiujuan Burches, Pro Se
42520 Richard Road
Ponchatoula, LA 70454
taiujuan87@gmail.com
*Pro Se Plaintiff*

Spencer Michael Schulz
Messer Strickler Burnette, Ltd.
12276 San Jose Blvd., Suite 718
Jacksonville, FL 32223
sschulz@messerstrickler.com

Lauren Marshall Burnette
Messer Strickler Burnette Ltd.
1400 Marsh Landing Parkway, Suite 109
Jacksonville, FL 32250
lburnette@messerstrickler.com

Seth J. Bloom
Bloom Legal LLC
825 Girod Street
New Orleans, LA 70113
sjb@bloomlegal.com
*Counsel for LVNV Funding LLC and Resurgent Capital Services, L.P.*

James K. Ordeneaux
Scott H. Mason
Plauche, Maselli, Parkerson LLP
One Shell Square
701 Poydras Street, Suite 3800
New Orleans, LA 70139
jordeneaux@pmpllp.com

Julie Moffett McCall
Butler Snow
445 N. Blvd., Suite 300
Baton Rouge, LA 70802
Julie.mccall@butlersnow.com
*Counsel for Experian Information Solutions, Inc.*

Gregory E. Bodin
Baker Donelson Bearman Caldwell & Berkowitz
201 St. Charles Ave, Suite 3600
New Orleans, LA 70170
gbodin@bakerdonelson.com

Andrew Ayala
Faegre Drinker Biddle & Reath LLP
Business Litigation 1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Andrew.ayala@faegredrinker.com

Mitchell Eric Fillinger
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
450 Laurel Street, 21st Floor
Baton Rouge, LA 70801
mfillinger@bakerdonelson.com
*Counsel for BLST Receivables & Servicing, LLC and Webbank*

Blake Edward Oakes
The Oakes Law Firm, LLC
110 Veterans Blvd, Suite 560
Metairie, LA 70005
blake@oakeslaw.com
*Counsel for TXU Energy Retail Company, LLC*

*smason@pmpllp.com*
*Counsel for Centerpoint Energy, Inc.*

George Davidson Fagan
Christopher Andrew Ward
Karen E. Futsch
Leake & Anderson, LLP
Energy Centre, 1100 Poydras Street
Suite 1700
New Orleans, LA 70163
*gfagan@leakeandersson.com*
*cward@leakeandersson.com*
*kfutch@leakeandersson.com*
*Counsel for Trans Union LLC*

*/s/ Timothy A. Heisterhagen*
OF COUNSEL