# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS**

| | | |
|---|---|---|
| **TAIUJUAN BURCHES,** | ) | |
| | ) | **CASE NO. 2:25-CV-00804-SM-MBN** |
| **Plaintiff,** | ) | |
| | ) | **DISTRICT JUDGE SUSIE MORGAN** |
| **v.** | ) | |
| | ) | **MAGISTRATE JUDGE MICHAEL B.** |
| **EQUIFAX INFORMATION** | ) | **NORTH** |
| **SERVICES, LLC et al.,** | ) | |
| | ) | **SECTION: “E” (5)** |
| **Defendants.** | ) | |

**APPLICATION AND AFFIDAVIT OF KRISTEN P. WATSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

NOW COMES Kristen P. Watson, who being duly sworn, states as follows:

1.

I am a licensed attorney in the State of Alabama. I practice law as a member of the law firm of Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, AL 35203.

2.

I am a member in good standing of the bar of the State of Alabama. A certificate of good standing from the Supreme Court of the State of Alabama is attached hereto.

3.

I have not been the subject of any disciplinary proceedings, nor have I had any criminal charges brought against me.

4.

I understand that I shall be subject to the jurisdiction of the U.S. District Court for the Eastern District of Louisiana with respect to any acts occurring during the course of my participation in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Kristen P. Watson

STATE OF ALABAMA )
)
COUNTY OF JEFFERSON )

Personally appeared before me, Jana Lynn Carlin, a Notary Public of said County and State, Kristen P. Watson, with whom I am personally acquainted and who acknowledged that she executed the within instrument for the purposes therein contained.

Witness my hand and seal, this 8th day of October, 2026.

STATE OF ALABAMA NOTARY PUBLIC
JANA LYNN CARLIN
My Commission Expires
June 9, 2030

Notary Public

My Commission Expires: 6-9-2030