# EXHIBIT B

# The Supreme Court of Alabama

## Certificate Of Admission

*I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify that* Kristen Peters Watson *was duly and legally admitted to practice law by the Supreme Court of Alabama on* September 30, 2011 *and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.*

*I further certify that the Supreme Court of Alabama is the highest court of record in this State.*

*Done on* September 14, 2026 *with the seal of the Supreme Court of Alabama attached.*

Megan B. Rhodebeck

*Megan B. Rhodebeck*
*Clerk of the Supreme Court of Alabama*