**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS**

| | | |
|---|---|---|
| **TAIUJUAN BURCHES,** | ) | |
| | ) | **CASE NO. 2:25-CV-00804-SM-MBN** |
| **Plaintiff,** | ) | |
| | ) | **DISTRICT JUDGE SUSIE MORGAN** |
| **v.** | ) | |
| | ) | **MAGISTRATE JUDGE MICHAEL B.** |
| **EQUIFAX INFORMATION** | ) | **NORTH** |
| **SERVICES, LLC et al.,** | ) | |
| | ) | **SECTION: "E" (5)** |
| **Defendants.** | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

Considering the foregoing Motion to Appear *Pro Hac Vice* of Kristen P. Watson filed by Defendants Capital One, N.A. and Capital One, N.A., successor by merger to Discover Bank, and for good cause shown:

**IT IS HEREBY ORDERED** that Kristen P. Watson be and is hereby admitted to the bar of this Court *pro hac vice* as additional counsel on behalf of Defendants Capital One, N.A. and Capital One, N.A., successor by merger to Discover Bank.

New Orleans, Louisiana, this _______ day of ______________________, 2026.

_______________________________________________
UNITED STATES DISTRICT JUDGE