**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAIUJUAN BURCHES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, LVNA FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP, CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION ("CAPITAL ONE N.A."), AFFIRM, INC., BLST RECEIVABLES & SERVICING LLC D/B/A/ FINGERHUT, WEBBANK. JEFFERSON CAPITAL SYSTEMS, LLC, COMENITY BANK, WAYFAIR LLC, DISCOVER FINANCE SERVICES, TXU ENERGY RETAIL COMPANY, LLC, CENTERPOINT ENERGY, INC.,**<br><br>**Defendants** | Case No.: 2:25-CV-00804<br><br>Judge Susie Morgan<br><br>Magistrate Judge Michael North |

**MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant, CenterPoint Energy Resources Corp. ("CERC") who moves for summary judgment on the ground that plaintiff Taiujuan Burches cannot establish essential elements of his claim against CERC, for the reasons stated in the Memorandum in Support submitted in connection with this Motion. Accordingly, CenterPoint Energy Resources Corp. prays that its Motion for Summary Judgment be granted and that plaintiff's claims against it be dismissed with prejudice, at plaintiff's cost.

Respectfully Submitted,

PLAUCHÉ MASELLI PARKERSON LLP

*/s/ Scott H. Mason*

______________________________

James K. Ordeneaux (#28179)
Scott H. Mason (#29329)
701 Poydras Street, Suite 3800
New Orleans, LA 70139
Tel: (504) 582-1142
Fax: (504) 582-1172
jordeneaux@pmpllp.com
smason@pmpllp.com
COUNSEL FOR CENTERPONT ENERGY RESOURCES CORP.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record on this 3rd day of November, 2026 via the Court's CM/ECF system, which will send notification of such filing to all counsel of record. I further certify that a copy of the foregoing was sent via e-mail to Taiujuan Burches, *Pro se plaintiff*, at taiujuan87@gmail.com.

*/s/ Scott H. Mason*

______________________________