**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAIUJUAN BURCHES,**<br>**Plaintiff,**<br>v.<br>**TRANS UNION LLC, et al**<br>**Defendants** | Case No.: 2:25-CV-0004<br>Judge Susie Morgan<br>Magistrate Judge Michael North |

**DECLARATION OF BRYAN MARTIN**

STATE OF TEXAS

COUNTY OF HARRIS

I, Bryan Martin, being duly sworn, state that I have personal knowledge of the following facts:

1. I am over the age of eighteen, competent to make this affidavit, and competent to testify under oath regarding the matters stated herein.

2. I am employed by CenterPoint Energy Resources Corp. (CERC) as a Credit Supervisor.

3. CERC provides residential natural gas services to locations in Texas, including Baytown, Texas.

4. In my capacity as Credit Supervisor, I am familiar with CERC's records relating to residential natural gas accounts, including the account of Taiujuan Burches.

5. I have custody of, or access to information concerning, the records described in this Declaration.

EXHIBIT
1

6. Attached are complete, true and correct copies of the following documents:

   a) Correspondence from CenterPoint Energy to Taiujuan Burches dated August 30, 2022 (CPDOCS-BURCHES-000005-6).

   b) Invoice from CenterPoint Energy to Taiujuan Burches dated September 22, 2022 (CPDOCS-BURCHES-000011-12).

   c) Invoice from CenterPoint Energy to Taiujuan Burches dated April 13, 2024 (CPDOCS-BURCHES-000059-60).

   d) CenterPoint Energy account payment records, Taiujuan Burches (CPDOCS-BURCHES-000009-10).

   e) CenterPoint Energy Credit Reporting Data, Taiujuan Burches (CPDOCS-BURCHES-000002)

   f) CenterPoint Energy Gas Account Overview of Customer Data, Taiujuan Burches (CPDOCS-BURCHES-000004)

7. The records were made at or near the time of the events, transactions, or occurrences recorded in them.

8. The records were made by, or from information transmitted by, persons with knowledge of the events, transactions, or occurrences recorded in them.

9. The records were created, maintained and kept in the ordinary course of CERC's regularly conducted business activities.

10. It was the regular practice of CERC to create and maintain records of residential account data, invoices, correspondence, and other transactions relating to residential natural gas accounts.

11. The records were maintained as part of CERC's regular business records system.

12. The records have been maintained without material alteration.

13. I am not aware of any indication that the method or circumstances of preparing the records suggest a lack of trustworthiness.

14. I make this Declaration to authenticate and certify the business records described above for use in the above-captioned proceedings.

*Taiujuan Burches v. Trans Union, LLC et al,* United States District Court, Eastern District of Louisiana, No. 2:25-cv-0004, SM-MBN

15. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Done and signed at Houston, Texas on this 3rd day day of November, 2026.

**Bryan Martin**