CENTERPOINT ENERGY
P.O. BOX 2628
HOUSTON TX 77252-2628

August 30, 2022

00001928 1

TAIUJUAN BURCHES
8831 WOOSTER TRAILS DR
BAYTOWN TX 77521-5137

| | |
|---|---|
| RE: | Security Request Notification |
| Account: | 6403041173-6 |
| Service address: | 8831 WOOSTER TRAILS DR<br>BAYTOWN, TX 77521-5137 |

Thank you for requesting gas utility service with CenterPoint Energy. A security deposit is required as a condition of your gas service. The principal reason we are requiring a security deposit is because:

Your TEC (Telecommunications, Energy and Cable) Utility Score did not meet CenterPoint Energy's minimum standard of 700. Your TEC Utility Score is calculated by Experian Credit Bureau and takes into consideration your credit history with Utility Companies and does not include mortgage and credit card accounts. Your TEC Utility Score can change, depending on how the information in your consumer report changes.

Your TEC Utility credit score: 0364
Date: 08/29/2022
Scores range from a low of 001 to a high of 999
Key factors that adversely affected your credit score:

X Balances on open service/professional accounts
X Recently opened account not current
X Number of accounts recently opened
X Number of recent delinquent/derogatory accounts
X Number of recent credit inquiries

You do have the right to obtain a free copy of your credit bureau report within 60 days after you receive this notice. If you find information contained in your report inaccurate or incomplete, you can dispute the matter with the reporting agency. You may request a copy from Experian Credit Bureau, PO Box 2002, Allen, Texas 75013; email www.Experian.com/now or phone **877-903-5999**.

Under Texas Railroad Commission guidelines, your security deposit will earn interest at the rate set by the Commission, which is currently 0.06% Standard-TX. The interest will be applied as a credit to your account on an annual basis on your January bill. After you have established a satisfactory payment record for a minimum of 12 months or your gas service is terminated, the entire deposit will be applied to your account along with any accrued interest. You may make a payment on your deposit (24 hours per day) by visiting CenterPoint Energy online at www.CenterPointEnergy.com/SelfService or by calling 713-659-2111.

We appreciate the opportunity to serve you.

Sincerely,

CRD.SECDEPCRD-190921

EXHIBIT
**1-A**

CenterPoint Energy
713-659-2111
www.CenterPointEnergy.com

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580 or the FTC regional office in the area it operates.