CenterPoint Energy
CenterPointEnergy.com

**CUSTOMER**
TAIUJUAN BURCHES

**SERVICE ADDRESS**
8831 Wooster Trails Dr, Baytown, TX 77521-5137

**ACCOUNT NUMBER**
6403041173-6

**DATE MAILED**
Sep 07, 2022



| | |
|---|---|
| DATE DUE | **Sep 22, 2022** |
| AMOUNT DUE | **$ 41.20** |

**Gas leak or emergency**
Leave immediately, then call
888-876-5786, 24 hours a day

**Customer service**
713-659-2111 or 800-752-8036
Monday - Friday, 7 am - 7 pm

**Call before you dig**
Call 811
24 hours a day

**Comments**
PO Box 2628
Houston, TX 77252-2628

Rates have been reduced due to a Tax Refund. For more information, please visit CenterPointEnergy.com/ TXTaxReform.

**To report gas leaks**, carbon monoxide and other gas emergencies, please call 1-888-876-5786. We appreciate your understanding that billing inquiries cannot be answered on this line.

**Pay your next bill without lifting a finger.** To enroll in AutoPay, just sign and date the back of your bill stub and return to us with a check for your payment amount. It's that easy!

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous gas amount due | | $ 0.00 |
| Payment Aug 29, 2022 | *Thank you!* | - 80.00 |
| Balance forward | | - $ 80.00 |
| Service initiation fee Aug 30, 2022 | | + 40.00 |
| Cash deposit request | | + 80.00 |
| Current gas charges **(Details on page 2)** | | + 1.20 |
| **Total amount due** | | **$ 41.20** |

**Your account is ready to view now.** Register for free online account access. View balance, usage history, make an online payment, view recommendations for saving energy and money with My Energy Analyzer, and much more. Register at CenterPointEnergy.com/myaccount.

### How to pay your bill

**Online**
Visit: *CenterPointEnergy.com/paybill* Pay immediately, schedule a payment or set up automatic monthly payments.

**Phone**
Call 713-659-2111 and make a payment using your checking or savings account, or by debit or credit card.

**In person**
To find a payment location, visit: *CenterPointEnergy.com/paybill* or call 713-659-2111.

**Mail**
Return the payment stub below, with your check or money order, using the return envelope.

Please keep this portion for your records

Please return this portion with your payment. Please do not include letters or notes.

CenterPoint Energy

ACCOUNT NUMBER **6403041173-6**

Enroll in AutoPay today. See form on the back of this stub.

| | |
|---|---|
| DATE DUE | **Sep 22, 2022** |
| AMOUNT DUE | **$ 41.20** |

Write account number on check and make payable to CenterPoint Energy.

$______________________
Please enter amount of your payment

00023233 02 AV 0.45 2

TAIUJUAN BURCHES
8831 WOOSTER TRAILS DR
BAYTOWN, TX 77521-5137

CENTERPOINT ENERGY
PO BOX 4981
HOUSTON TX 77210-4981

EXHIBIT
**1-B**

0440164045740 008200640304117369000000041200000000412080

000001

CenterPoint Energy

CenterPointEnergy.com

**CUSTOMER**
TAIUJUAN BURCHES

**SERVICE ADDRESS**
8831 Wooster Trails Dr, Baytown, TX 77521-5137

**ACCOUNT NUMBER**
6403041173-6

**DATE MAILED**
Sep 07, 2022

| | |
|---|---|
| DATE DUE | **Sep 22, 2022** |
| AMOUNT DUE | **$ 41.20** |

## DEFINITIONS

**CCF** 1 CCF = 100 cubic feet of gas. This is how we measure your monthly usage.

**Customer charge and base amount.** Covers fixed costs for reading meters, issuing bills, maintaining facilities and gas lines, postage, etc. These costs occur even if you do not use gas during a billing period.

**Gas Cost Adjustment (GCA)** is the cost CenterPoint Energy pays for the gas it delivers to its customers.

**Storage inventory charge** allows the Company the opportunity to recover the regulated carrying cost of its investment in storage.

**Reimbursement of local franchise fee** is a fee paid to the city for the company's use of right-of-way in streets and alleys.

**Reimbursement of state gross receipts tax** is a tax imposed by the State of Texas on each utility company located in an incorporated city having a population of more than 1,000.

*For a more detailed description of each of the terms used on your bill, please visit **CenterPointEnergy.com/definitions** or call Customer Support at 713-659-2111.*

## Current gas charges

**Rate: R-2096-U-GRIP 2022**

| Meter Number | Day Billing Period |
|---|---|
| 3722201159011 | 2 |

| Billing Period | Current Reading | - | Previous Reading | = | Usage |
|---|---|---|---|---|---|
| 08/30/22 - 08/31/22 | 38 | | 37 | | 1 CCF |

| | | |
|---|---|---|
| Base amount | 1 CCF x $ 0.07196 | $ 0.07 |
| Gas cost adjustment | 1 CCF x $ 1.13327 | 1.13 |
| **Total current charges** | | **$ 1.20** |

The customer charge includes the current GRIP surcharge of $1.32.

## Your account, managed your way

Sign up at *CenterPointEnergy.com/myaccount*

- **24/7 online account access.** View and/or pay your bill, view usage history, sign up for account services and much more.
- **Go paperless.** Receive an email when your bill is ready to view and pay. Get convenience, get rid of clutter.
- **Pay automatically.** Set up AutoPay by signing and returning the form below with your check payment. It's that easy!
- **Even out the highs and lows of your monthly bills.** Enroll in Average Monthly Billing and spread your natural gas costs throughout the year.
- **Get bill reminders.** Choose text or email, up to five days before your bill is due.
- **Other services.** Report a payment made at a payment location, set up a payment extension and much more. View options from your online account or visit *CenterPointEnergy.com/selfservice* if you'd prefer not to register.
- **Moving?** Please call us at 713-659-2111 at least two weeks before you move, or complete the forms at *CenterPointEnergy.com/selfservice*

Mail payments to CenterPoint Energy, PO Box 4981, Houston, TX 77210-4981

## Enroll in AutoPay and your monthly payment will be automatically deducted from your bank account.

To enroll, sign and date this form and return with your check payment. Money orders do not qualify for enrollment. Your next bill will be automatically deducted from the account listed on your check. For more information and to enroll electronically, go to *CenterPointEnergy.com/autopay.*

I authorize CenterPoint Energy to automatically deduct from the checking account shown on my enclosed check all future payments for my CenterPoint Energy bills. I will notify CenterPoint Energy if I decide to cancel my use of AutoPay. CenterPoint Energy also has the right to discontinue my AutoPay enrollment. Once I enroll, I understand that any past due balances will be drafted from my account three days after my application is processed.

Account holder's signature Date