CenterPoint Energy

CenterPointEnergy.com

**CUSTOMER**
TAIUJUAN BURCHES

**SERVICE ADDRESS**
8831 Wooster Trails Dr, Baytown, TX 77521-5137

**ACCOUNT NUMBER**
6403041173-6

**DATE MAILED**
Apr 13, 2024



**Your account is past due.**
TOTAL DUE **$ 101.16**

**Gas leak or emergency**
Leave immediately, then call
888-876-5786, 24 hours a day

**Customer service**
713-659-2111 or 800-752-8036
Monday - Friday, 7 am - 7 pm

**Call before you dig**
Call 811
24 hours a day

**Comments**
PO Box 2628
Houston, TX 77252-2628

**Your usage in a glance**




| | 1 year ago | Last month | This month |
|---|---|---|---|
| Total CCF used | 28 | 13 | 4 |
| Average daily gas use(CCF) | 0.9 | 0.4 | 0.1 |
| Average daily temperature | 70 | 64 | 68 |
| Days in billing period | 32 | 33 | 28 |

*To better understand your home energy usage and learn energy savings tips, visit* ***CenterPointEnergy.com/myenergyanalyzer***

# FINAL BILL

**To report gas leaks**, carbon monoxide and other gas emergencies, please call 1-888-876-5786. We appreciate your understanding that billing inquiries cannot be answered on this line.

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| Previous gas amount due | | $ 136.14 |
| Payment | *No payment received.* | - 0.00 |
| Cash deposit released | | - 80.00 |
| Past due amount | | $ 56.14 |
| Collection fee Apr 2, 2024 | | $ 20.00 |
| Cash deposit interest Apr 13, 2024 | | - 1.11 |
| Current gas charges **due Apr 29, 2024** *(Details on page 2)* | | + 26.13 |
| **Total amount due** | | **$ 101.16** |

## How to pay your bill

**Online**
Visit: *CenterPointEnergy.com/paybill* Pay immediately, schedule a payment or set up automatic monthly payments.

**Phone**
Call 713-659-2111 and make a payment using your checking or savings account, or by debit or credit card.

**In person**
To find a payment location, visit: *CenterPointEnergy.com/paybill* or call 713-659-2111.

**Mail**
Return the payment stub below, with your check or money order, using the return envelope.

Please keep this portion for your records

Please return this portion with your payment. Please do not include letters or notes.

CenterPoint Energy

**ACCOUNT PAST DUE**

ACCOUNT NUMBER **6403041173-6**

| PAST DUE AMOUNT | + | CURRENT CHARGES | = | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| $ 56.14 | | $ 45.02 | | $ 101.16 |
| Due immediately | | Apr 29, 2024 | | |

Write account number on check and make payable to CenterPoint Energy.

$ ____________________

Please enter amount of your payment

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your bank account or to process the payment as a check transaction.

00018520 01 AV 0.50 1

TAIUJUAN BURCHES
8831 WOOSTER TRAILS DR
BAYTOWN, TX 77521-5137

CENTERPOINT ENERGY
PO BOX 4981
HOUSTON TX 77210-4981

EXHIBIT
**1-C**

0080063877585 00820064030411736200000010116000000101166 0

000001

**CPDOCS-BURCHES-000059**

CenterPoint. Energy

CenterPointEnergy.com

**CUSTOMER**
TAIUJUAN BURCHES

**SERVICE ADDRESS**
8831 Wooster Trails Dr, Baytown, TX 77521-5137

**ACCOUNT NUMBER**
6403041173-6

**DATE MAILED**
Apr 13, 2024

**Your account is past due.**
TOTAL DUE **$ 101.16**

## DEFINITIONS

**CCF** 1 CCF = 100 cubic feet of gas. This is how we measure your monthly usage.

**Customer charge and base amount.** Covers fixed costs for reading meters, issuing bills, maintaining facilities and gas lines, postage, etc. These costs occur even if you do not use gas during a billing period.

**Gas Cost Adjustment (GCA)** is the cost CenterPoint Energy pays for the gas it delivers to its customers.

**Storage inventory charge** allows the Company the opportunity to recover the regulated carrying cost of its investment in storage.

**Reimbursement of local franchise fee** is a fee paid to the city for the company's use of right-of-way in streets and alleys.

**Reimbursement of state gross receipts tax** is a tax imposed by the State of Texas on each utility company located in an incorporated city having a population of more than 1,000.

*For a more detailed description of each of the terms used on your bill, please visit **CenterPointEnergy.com/definitions** or call Customer Support at 713-659-2111.*

## Current gas charges

**Rate: R-2096-U-GRIP 2023**

| Meter Number | Day Billing Period |
|---|---|
| 3722201159011 | 29 |

| Billing Period | Current Reading | - | Previous Reading | = | Usage |
|---|---|---|---|---|---|
| 03/05/24 - 04/02/24 | 376 | | 372 | | 4 CCF |
| 04/01/24 - 04/02/24 | 376 | | 376 | | 0 CCF |

**Total usage for 29 days = 4 CCF**

| | | |
|---|---|---|
| Customer charge * | | $21.95 |
| Storage inventory charge | 4 CCF x $ 0.00523 | 0.02 |
| Base amount | 4 CCF x $ 0.07196 | 0.29 |
| Gas cost adjustment | 4 CCF x $ 0.71160 | 2.85 |
| Pipeline safety fee | | 1.02 |
| **Total current charges** | | **$ 26.13** |

The customer charge includes the current GRIP surcharge of $2.01.

## Your account, managed your way

Sign up at *CenterPointEnergy.com/myaccount*

- **24/7 online account access.** View and/or pay your bill, view usage history, sign up for account services and much more.
- **Go paperless.** Receive an email when your bill is ready to view and pay. Get convenience, get rid of clutter.
- **Pay automatically.** Set up AutoPay by signing and returning the form below with your check payment. It's that easy!
- **Even out the highs and lows of your monthly bills.** Enroll in Average Monthly Billing and spread your natural gas costs throughout the year.
- **Get bill reminders.** Choose text or email, up to five days before your bill is due.
- **Other services.** Report a payment made at a payment location, set up a payment extension and much more. View options from your online account or visit *CenterPointEnergy.com/selfservice* if you'd prefer not to register.
- **Moving?** Please call us at 713-659-2111 at least two weeks before you move, or complete the forms at *CenterPointEnergy.com/selfservice*

Mail payments to CenterPoint Energy, PO BOX 4981, Houston, TX 77210-4981

Enroll in AutoPay and your monthly payment will be automatically deducted from your bank account.

To enroll, sign and date this form and return with your check payment. Money orders do not qualify for enrollment. Your next bill will be automatically deducted from the account listed on your check. For more information and to enroll electronically, go to *CenterPointEnergy.com/autopay.*

I authorize CenterPoint Energy to automatically deduct from the checking account shown on my enclosed check all future payments for my CenterPoint Energy bills. I will notify CenterPoint Energy if I decide to cancel my use of AutoPay. CenterPoint Energy also has the right to discontinue my AutoPay enrollment. Once I enroll, I understand that any past due balances will be drafted from my account three days after my application is processed.

Account holder's signature Date