Ca# 6403041173 – Taiujuan Burches

8831 WOOSTER TRAILS DR, BAYTOWN TX 77521-5137

Connection Object 13216515 BAYTOWN, 8831 WOOSTER TRAILS DR

- Premise 6213882 8831 WOOSTER TRAILS DR, BAYTOWN
  - Notes — Notes Exist
  - UTILITY INSTALLATION 08/30/22-**.**.** 9852791 Gas | BAYTOWN, 8831 WOOST Installation Fully Operational
    - Utility Contract 08/30/22-04/02/24 3004390642 BAYTOWN, 8831 WOOSTER TRAILS DR
      - Move-Out Document 04/02/2024 30395125
      - Move-In Document 08/30/2022 TAIUJUAN BURCHES / 8831 WOOSTER TRAILS
      - Contract Account 6403041173 AC: TAIUJUAN BURCHES/Company 0082 Gas
        - ISU Business Partner 5002851022 TAIUJUAN BURCHES / 8831 WOOSTER TRAILS DR / BAYTOWN TX 77521-5137

**Business Partner**

Last/First: BURCHES TAIUJUAN
Hs#/St/Apt: 8831 WOOSTER TRAI...
Cty/St/Zp: BAYTOWN TX 7752...
Acct# 6403041173 BP# 5002851022
Tel# [redacted]

**Call State**

Caller
Dialed Number

**Actions**

EMER | CUSTOMER | MOVE-IN | MTR READ | MISC | _C_M_ | MRKTNG

Environment | Document | BP ...

| CNP Objects | Object # |
|---|---|
| TAIUJUAN BURCHES / 8831 \ | Partners 50028510 |
| Data Environment is Filtere | |
| AC: TAIUJUAN BURCHES/( | CA# 6403041173- |
| 8831 WOOSTER TRAIL | Premise 6213882 |
| Gas Complete | Contract 3004390 |
| Installation Fully ( | Installation 985279 |
| Meter,Itron,In | Device 372220115 |
| GR Garage | |
| ERT,100G DL! | Device 135167919 |
| 5 Contacts | |

**BPO**

Partner 5002851022 BURCHES, TAIUJUAN
8831 WOOSTER TRAILS DR
BAYTOWN, TX 77521-5137
Ph# [redacted]
Guarantor
Credit Risk H 100
Serv Months 0
Write-off ☑

Contract Acct => 8831 WOOSTER TRAILS DR , BAYTOWN, TX 77521-51...
Ver BP 00/00

Bill Overview | Copy of Bills | Dunning Overview | Deposits(Acct only)

CB-All | CB-Gas Only

Standard 8831 WOOSTER TRAILS DR | BAYTOWN, TX 77521-5137 | Return Items 0

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Curr Balance | 0.00 | Total Gas | 0.00 | Total Write-Off: | | Return Date | |
| Past Due | 0.00 | Total HSP | 0.00 | | 101.16 | Lst Rtn Amt | 0.00 |
| Unbilled Items | 0.00 | Total Amount | 0.00 | EZPAY Amt | 0.00 | Active? | Dflt |
| Invoiced | 0.00 | Mailed | 04/13/2024 | Due | 04/29/2024 | Extension | 0 |
| Coll Bill Acct | | Dun. procedure | F1 | | | Installments | 0 |

Contract => 8831 WOOSTER TRAILS DR , BAYTOWN, TX 77521-51... MI 08/30/2022 MO 04/02/2024 Pay Pl
Premise 6213882 Instln 9852791
Rate Code R-2099-U-GRIP 20... Type S/C: Class: Residential Service Gas
Living Unit: 000 Resp Code:

EXHIBIT
1-D

| Dv | Post Date | Transaction Text | Debit | Credit | Balance | Document Num | Reference Doc. |
|---|---|---|---|---|---|---|---|
| 20 | 08/29/2022 | Cash deposit request(stat) | 80.00 | | 80.00 | 608023806 | |
| | 08/29/2022 | Online Payment Request | | 80.00 | | 3210449955 | |
| 20 | 08/29/2022 | Payment | | 80.00 | 80.00- | 210061326583 | |
| 20 | 09/06/2023 | Dr-Consumption | 27.02 | | 52.98- | 39018389296 | 270012395034 |
| 20 | 10/05/2023 | Dr-Consumption | 29.19 | | 23.79- | 110020810662 | 237013605643 |
| 20 | 10/05/2023 | Customer Rate Relief Charge Dr | 1.12 | | 22.67- | 110020810662 | 237013605643 |
| | 10/09/2023 | Online Payment Offset | 57.33 | | 34.66 | 902303653411 | |
| | 10/09/2023 | Online Payment Request | | 57.33 | 22.67- | 902303653412 | |
| | 10/09/2023 | Payment | | 57.33 | 80.00- | 82021094417 | |
| 20 | 11/03/2023 | Dr-Consumption | 29.91 | | 50.09- | 99021753796 | 287003541390 |
| 20 | 11/03/2023 | Customer Rate Relief Charge Dr | 1.23 | | 48.86- | 99021753796 | 287003541390 |
| | 11/30/2023 | Online Payment Offset | 31.14 | | 17.72- | 902103945968 | |
| | 11/30/2023 | Online Payment Request | | 31.14 | 48.86- | 902103945969 | |
| | 11/30/2023 | Payment | | 31.14 | 80.00- | 110021105096 | |
| 20 | 12/07/2023 | Dr-Consumption | 30.62 | | 49.38- | 69026161431 | 280003763272 |
| 20 | 12/07/2023 | Customer Rate Relief Charge Dr | 1.35 | | 48.03- | 69026161431 | 280003763272 |
| 20 | 01/01/2024 | Cash deposit interest | | 1.09 | 49.12- | 52018279497 | |
| 20 | 01/08/2024 | Dr-Consumption | 33.51 | | 15.61- | 110021307949 | 221014602633 |
| 20 | 01/08/2024 | Customer Rate Relief Charge Dr | 1.80 | | 13.81- | 110021307949 | 221014602633 |
| 20 | 02/07/2024 | Dr-Consumption | 35.49 | | 21.68 | 18018965628 | 273006810516 |
| 20 | 02/07/2024 | Customer Rate Relief Charge Dr | 2.25 | | 23.93 | 18018965628 | 273006810516 |
| 20 | 03/07/2024 | Dr-Consumption | 30.75 | | 54.68 | 87022873163 | 273006886214 |
| 20 | 03/07/2024 | Customer Rate Relief Charge Dr | 1.46 | | 56.14 | 87022873163 | 273006886214 |
| 20 | 04/02/2024 | Collection Fee | 20.00 | | 76.14 | 318851500 | 300916974638 |
| 20 | 04/05/2024 | Dr-Consumption | 25.68 | | 101.82 | 67027789050 | 245014401421 |
| 20 | 04/05/2024 | Customer Rate Relief Charge Dr | 0.45 | | 102.27 | 67027789050 | 245014401421 |
| 20 | 04/05/2024 | Reversal | | 26.13 | 76.14 | 7006386530 | 300916956797 |
| 20 | 04/08/2024 | Dr-Consumption | 25.68 | | 101.82 | 92021593145 | 230014187070 |
| 20 | 04/08/2024 | Customer Rate Relief Charge Dr | 0.45 | | 102.27 | 92021593145 | 230014187070 |
| 20 | 04/08/2024 | Reversal | | 26.13 | 76.14 | 5002677082 | 300916960638 |
| 20 | 04/09/2024 | Dr-Consumption | 25.68 | | 101.82 | 88022597504 | 228014490328 |
| 20 | 04/09/2024 | Customer Rate Relief Charge Dr | 0.45 | | 102.27 | 88022597504 | 228014490328 |
| 20 | 04/09/2024 | Reversal | | 26.13 | 76.14 | 5002677962 | 300916964081 |
| 20 | 04/10/2024 | Dr-Consumption | 25.68 | | 101.82 | 83021981899 | 279004080754 |
| 20 | 04/10/2024 | Customer Rate Relief Charge Dr | 0.45 | | 102.27 | 83021981899 | 279004080754 |
| 20 | 04/10/2024 | Reversal | | 26.13 | 76.14 | 5002678800 | 300916967366 |
| 20 | 04/11/2024 | Dr-Consumption | 25.68 | | 101.82 | 73024708887 | 242014416878 |
| 20 | 04/11/2024 | Customer Rate Relief Charge Dr | 0.45 | | 102.27 | 73024708887 | 242014416878 |
| 20 | 04/13/2024 | Cash deposit interest | | 1.11 | 101.16 | 8006387759 | 300916974638 |
| 20 | 07/27/2024 | Mass write-off of receivables | | 101.16 | | 58018247722 | |
| 20 | 07/27/2024 | Collectible write-off | 101.16 | | 101.16 | 110022242808 | |