Account | Address | BP Permissions | **BP Identification** | BP Roles

**BP Identification Numbers** New Filter:

| Actions | ID Type | Description | ID Number / Value | Institution / Additional Info | Valid From | Valid To | Entry Date |
|---|---|---|---|---|---|---|---|
| | CRM002 | R/3 Customer Number | 5002851022 | | | | |
| | IBS001 | SSN #/ TIN # | *****2812 | | | | |
| | Z002 | Experian Pin | ZXSMY0099430035 | Experian | 08/29/2022 | 12/31/9999 | 08/29/2022 |
| | ZLINK | Business Partner Link ID | 0006188917 | Centerpoint Energy | 06/07/2023 | 12/31/9999 | 06/07/2023 |

**CPDOCS-BURCHES-000002**

EXHIBIT
**1-E**