Account | Address | BP Permissions | BP Identification | BP Roles

**Standard**

Title:
Last Name: BURCHES
First Name: TAIUJUAN
Account ID: 5002851022
Academic Title:
Correspond. Language: English English
Nationality:

**Notes**

Text Type: Correspondence Import Scratch Pad

No data

**Telephone**

Insert Filter:

| Telephone | Extension | Comments | Country | Default | Do not use | Data Origin |
|---|---|---|---|---|---|---|

**Mobile Phone**

Insert Filter:

| Telephone | Country | Default | SMS-Enab. | Do not use | Data Origin |
|---|---|---|---|---|---|
| 8329461754 | US | ◉ | ☑ | ☐ | |
| 5049301288 | US | ○ | ☑ | ☐ | |

**Fax**

Insert Filter:

| Fax | Extension | Country | Do not use | Default |
|---|---|---|---|---|

**E-Mail**

Insert Filter:

| E-Mail | Do not use | Default |
|---|---|---|
| TAIUJUAN67@GMAIL.COM | ☐ | ◉ |

CPDOCS-BURCHES-000004

EXHIBIT
1-F