**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAIUJUAN BURCHES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TRANSUNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., LVNA FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP, CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION ("CAPITAL ONE N.A."), AFFIRM, INC., BLST RECEIVABLES & SERVICING LLC D/B/A/ FINGERHUT, WEBBANK. JEFFERSON CAPITAL SYSTEMS, LLC, COMENITY BANK, WAYFAIR LLC, DISCOVER FINANCE SERVICES, TXU ENERGY RETAIL COMPANY, LLC, CENTERPOINT ENERGY, INC., GROW CREDIT, INC., AND USA FINANCE,**<br><br>**Defendants** | Case No.: 2:25-CV-00804<br><br>Judge Susie Morgan<br><br>Magistrate Judge Michael North |

**CENTERPOINT ENERGY RESOURCES CORP'S SECOND SUPPLEMENTAL ANSWER TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

NOW INTO COURT, through undersigned counsel, comes Defendant CenterPoint Energy Resources Corp. ("CERC"), who supplements the Responses to Plaintiff's First Set of Interrogatories previously served by CenterPoint Energy, Inc. (CEI), as follows.

**INTERROGATORY NO. 9:**

Describe every investigation performed after Plaintiff disputed the account.

**ANSWER TO INTERROGATORY NO. 9:**

CEI objects to this Request on the ground that it is not the proper entity to respond and that

EXHIBIT

2

the Request is more appropriately directed to CERC. Subject to the foregoing objection, CEI is currently investigating and will supplement if responsive information is obtained.

**SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 9:**

CEI objects to this Request on the ground that it is not the proper entity to respond and that the Request is more appropriately directed to CERC. CEI further objects to this Request on the ground that it seeks information that is not relevant to the claim or defense of any party.

**SECOND SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 9:**

CERC objects to this Request to the extent that it seeks information that is not relevant to the claim or defense of any party. CERC's response relates to plaintiff's sole claim against it pursuant to 15 U.S.C. § 1681s-2(b), an essential element of which is notification of a dispute from a consumer reporting agency.

CERC's investigations into disputes reported by consumer reporting agencies are handled by First Collection Services ("First Collection"), 10925 Otter Creek East Blvd., Little Rock, AR 72103. In the regular course of CERC's business, when a consumer reporting agency reports a disputed debt to a consumer reporting agency, the consumer reporting agency notifies First Collection via an Automated Credit Dispute Verification through the e-OSCAR (Online Solution for Complete and Accurate Reporting) system. First Collection then notifies CERC of the dispute, investigates the dispute, and responds to the consumer reporting agency. CERC's records of notifications of disputes reported by consumer reporting agencies are attached as CPDOCS-BURCHES-000062-63, which also includes CERC's records of its responses to disputes reported by plaintiff Taiujuan Burches.

Respectfully submitted,

**PLAUCHÉ MASELLI PARKERSON LLP**

/s Scott H. Mason

James K. Ordeneaux (#28179)
Scott H. Mason (#29329)
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3800
New Orleans, LA 70139
Tel: (504) 582-1142; Fax: (504) 582-1172
jordeneaux@pmpllp.com
smason@pmpllp.com
COUNSEL FOR CENTERPONT ENERGY, INC. AND CENTERPOINT ENERGY RESOURCES CORP.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record on this 20th day of October, 2026 via electronic mail. I further certify that a copy of the foregoing was sent via email to:

Taiujuan Burches
42520 Richard Road
Ponchatoula, LA 70454
832-946-1754
Email: Taiujuan87@gmail.com
*Pro se plaintiff*

/s Scott H. Mason



2287228

**VERIFICATION**

I, Bryan Martin, do verify under oath that I am authorized to verify the Answers and Supplemental Answers to Plaintiff's Interrogatories on behalf of CenterPoint Energy Resources Corp. I hereby represent under oath that all representations of fact provided in the Answers and Supplemental Answers to Interrogatory No. 9 are true to the best of my knowledge in accordance with all information available to me as the duly authorized representative of CenterPoint Energy Resources Corp.

Signature: [signature]

BRYAN MARTIN

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, THIS 19th
DAY OF October, 2026.

Denise K. Goodman
NOTARY PUBLIC

Denise K. Goodman
Print Name

10200356
Notary or Bar Number

DENISE K GOODMAN
10200356
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
JUNE 30, 2027



2287228

| Contact No | Date | Time | Class | Activity | Co | Partner | Cont Acct | User |
|---|---|---|---|---|---|---|---|---|
| [redacted] | 05/20/2026 | 10:31:15 | 0017 Final Bill Tracking | 0123 Identity Theft Investigat | 0082 | 5002851022 | 6403041173 | 00060058 |
| CA#6403041173 Received compliance email from DebtNext for Id Theft/Fraud/an ID Theft Affidavit was mailed to:42520 Richard Rd Ponchatoula La 70454 on 3/16/26 with no response/ customer had 30 days to respond/g.lennon credit 888-781-5267 | | | | | | | | |
| [redacted] | 04/24/2026 | 17:16:18 | 0500 Dunning Inquiry | 0590 Credit Generated Call | 0082 | 5002851022 | 6403041173 | 00228392 |
| CA#6403041173 DEBT NEXT INFORMATION ...Final bill attached. including two letters sent to customer regarding her dispute of debt. Taiujuan Burches had services from<br>08/30/2022 - 9/04/2024 (Electric)<br>08/20/2022-04/02/2024 (gas)<br>letters have been sent to customer regarding her dispute of services advising her still valid debt. Customer called CenterPoint energy on 03/16/2026 to open ID theft case, we are waiting on documentation on behalf of customer. J.ROCHA | | | | | | | | |
| [redacted] | 04/08/2026 | 08:07:49 | 0017 Final Bill Tracking | 0103 Credit Bureau | 0082 | 5002851022 | 6403041173 | 00931221 |
| CA#6403041173 Experian | | | | | | | | |
| [redacted] | 03/16/2026 | 17:16:37 | 0017 Final Bill Tracking | 0123 Identity Theft Investigat | 0082 | 5002851022 | 6403041173 | 00060058 |
| CA#6403041173 Received compliance letter for Id Theft/Fraud/emailing ID Theft Affidavit to:42520 Richard Rd. Ponchatoula LA 70454 customer has 30 days to respond/g.lennon credit 888-781-5267 | | | | | | | | |
| [redacted] | 03/16/2026 | 17:07:58 | 1100 Correspondence | 4001 XC SECOND RESPONSE | 0082 | 5002851022 | 6403041173 | 00060058 |
| Received another dispute letter. updated in E-Oscar as XC. mailing another letter to customer. | | | | | | | | |
| [redacted] | 03/16/2026 | 16:58:47 | 0017 Final Bill Tracking | 0103 Credit Bureau | 0082 | 5002851022 | 6403041173 | 00060058 |
| CA#6403041173Received dispute letter. researched account. mailing compliance letter to:42520 Richard Rd Ponchatoula La 70454. and updating in E-Oscar, balance still outstanding/g.lennon credit 888-781-5267 | | | | | | | | |
| [redacted] | 01/22/2026 | 11:21:16 | 0017 Final Bill Tracking | 0103 Credit Bureau | 0082 | 5002851022 | 6403041173 | 00931221 |
| CA#6403041173 Experian | | | | | | | | |
| [redacted] | 03/26/2025 | 16:04:04 | 1100 Correspondence | 4000 XB FIRST RESPONSE | 0082 | 5002851022 | 6403041173 | 00060058 |
| Received dispute letter. researched account. mailing compliance letter. and updating in E-Oscar. | | | | | | | | |
| [redacted] | 03/26/2025 | 15:58:51 | 0017 Final Bill Tracking | 0103 Credit Bureau | 0082 | 5002851022 | 6403041173 | 00060058 |
| CA#6403041173 Received Compliance letter to cease and desist. researched account. mailing compliance letter to:42520 Roc'ard Rd Ponchatoula La 70454, and updating in E-Oscar, balance still outstanding/g.lennon credit 888-781-5267 | | | | | | | | |
| [redacted] | 03/17/2025 | 10:27:37 | 0017 Final Bill Tracking | 0103 Credit Bureau | 0082 | 5002851022 | 6403041173 | 00931221 |
| CA#6403041173 Experian | | | | | | | | |
| [redacted] | 02/11/2025 | 11:14:53 | 0017 Final Bill Tracking | 0103 Credit Bureau | 0082 | 5002851022 | 6403041173 | 00931221 |
| CA#6403041173 TransUnion | | | | | | | | |
| [redacted] | 12/09/2024 | 11:31:21 | 0017 Final Bill Tracking | 0103 Credit Bureau | 0082 | 5002851022 | 6403041173 | 00931221 |
| CA#6403041173 Experian | | | | | | | | |
| [redacted] | 10/23/2024 | 17:54:45 | 0017 Final Bill Tracking | 0103 Credit Bureau | 0082 | 5002851022 | 6403041173 | 00931221 |
| CA#6403041173 TransUnion | | | | | | | | |
| [redacted] | 10/09/2024 | 11:56:07 | 0017 Final Bill Tracking | 0103 Credit Bureau | 0082 | 5002851022 | 6403041173 | 00931221 |
| CA#6403041173 TransUnion | | | | | | | | |
| [redacted] | 10/08/2024 | 16:44:08 | 0017 Final Bill Tracking | 0103 Credit Bureau | 0082 | 5002851022 | 6403041173 | 00931221 |
| CA#6403041173 TransUnion | | | | | | | | |
| [redacted] | 10/08/2024 | 11:49:29 | 0017 Final Bill Tracking | 0103 Credit Bureau | 0082 | 5002851022 | 6403041173 | 00931221 |
| CA#6403041173 TransUnion | | | | | | | | |
| [redacted] | 09/30/2024 | 13:56:23 | 0017 Final Bill Tracking | 0103 Credit Bureau | 0082 | 5002851022 | 6403041173 | 00933674 |
| TransUnion | | | | | | | | |

CA#6403041173

[redacted] 09/19/2024 10:56:46 0017 Final Bill Tracking 0103 Credit Bureau 0082 5002851022 6403041173 00931221
CA#6403041173 TransUnion